IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>THRIVE LEARNING, LLC, also doing business as BUSINESS EDUCATION DEPARTMENT, FOCUS, LIGHTWAVE WEB BUILDER, and THRIVE LEARNING INSTITUTE, a Utah limited liability company,<br><br>MATTHEW RASMUSSEN, individually and as a manager and an owner of THRIVE LEARNING, LLC, and<br><br>DAVID RASMUSSEN, individually and as a manager and an owner of THRIVE LEARNING, LLC,<br><br>    Defendants. | **JUDGMENT**<br><br>Case No. 2:17-cv-00529-DN<br><br>District Judge David Nuffer |

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff and against Defendants in accordance with the Court's Memorandum Decision and Order Granting [5] Motion for Entry of Stipulated Order of Findings and Conclusions of Law.[1]

Signed June 19, 2017.

BY THE COURT

District Judge David Nuffer

---

[1] Docket no. 7, entered June 13, 2017.